**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EDF INTERNATIONAL S.A.,

                              Petitioner,

            - against -                                C.A. No. _____

YPF S.A.,

                              Respondent.

**MOTION FOR CONFIRMATION OF
ARBITRAL AWARD AND ENTRY OF JUDGMENT
AND ISSUANCE OF A WRIT OF ATTACHMENT**

Petitioner EDF International S.A. ("EDFI"), by its undersigned attorneys, hereby moves

this Court for an Order pursuant to Section 207 of the Federal Arbitration Act, 9 U.S.C. § 207 (a)

confirming a Final Award[1] rendered by an Arbitral Tribunal (the "Tribunal") of the International

Chamber of Commerce ("ICC") sitting in Argentina; and (b) directing the Clerk of the Court,

pursuant to Fed. R. Civ. P. 58, to enter judgment thereon against Respondent YPF S.A. EDFI

further moves that the Court direct the Clerk of the Court, on entry of the above judgment, to

issue a Writ of Attachment, substantially in the form attached hereto, attaching the stock of YPF

Holdings, Inc., a corporation organized under the laws of Delaware, the stock of which is wholly

owned by Respondent YPF S.A. in satisfaction of the Award. The basis for this Motion is fully

stated in the Opening Brief In Support Of Motion For Confirmation Of Arbitral Award And

Entry Of Judgment And Issuance Of A Writ Of Attachment, and the Declaration Of Charles D.

Reed, filed concurrently herewith.

---

[1] The Final Award was dated October 22, 2007, and awarded EDFI $28,933,850.00, plus
interest and other relief against YPF. The initial award was subsequently modified by two
amendments issued by the Tribunal on December 21, 2007 and February 14, 2008.

Of Counsel:

John M. Townsend
Charles D. Reed
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 721-4600

Dated:  March 25, 2008

Gregory V. Varallo (#2242)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Varallo@rlf.com
Fineman@rlf.com
(302) 651-7700
Attorneys for Petitioner EDF International S.A.

2

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EDF INTERNATIONAL S.A.,

         Petitioner,

    - against -

YPF S.A.,

         Respondent.

Case No. _____

**WRIT OF ATTACHMENT**

### TO THE UNITED STATES MARSHALL FOR THE STATE OF DELAWARE, YOU ARE COMMANDED:

  To attach the above named Respondent by the real and personal property of Respondent viz: **All Stock of YPF Holdings, Inc.,** a corporation organized under the laws of Delaware, to hold for Petitioner's claim of $ 28,933,850.00, plus interest, so that before the expiration of forty days (40) after the seizure of such property, exclusive of the date of the seizure, Respondent shall serve upon Richards, Layton & Finger, P.A., Petitioner's attorney, whose address is One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Steven J. Fineman, an answer to the Petition (and if the Petition contains a specific notation requiring Respondent to answer any and all allegations of the Petition by affidavit, an affidavit of defense).

  To summon Respondent's garnishee:

YPF Holdings, Inc.,
c/o The Prentice Hall-Corporation System, Inc., registered agent
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

so that within twenty days (20) after service hereof upon them, respectively, exclusive of the day of service, it shall serve upon Petitioner's attorney whose address is above set forth, an answer, under oath, stating what property, rights and credits of Respondent it has in its hands.

  To serve on Respondent's garnishee a copy hereof, of the Petition and of the affidavit, if any, on which this Writ is issued.

Dated: _____      _____
                 Clerk of the Court

**TO THE ABOVE NAMED RESPONDENT:**

 In case of your failure within forty days of the date of attachment of your property or service upon garnishee, exclusive of the date of the seizure or service, to serve on Petitioner's attorney named above an answer to the Petition (and, if the Petition contains a specific notation requiring Respondent to answer any or all allegations of the Petition by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Petition (or in the affidavit of demand, if any).

**TO THE RESPONDENT'S GARNISHEES:**

 You are required within twenty days after service hereof upon you, exclusive of the day of service, to serve on Petitioner's attorney above named, an answer, under oath, stating what property, rights and credits of Respondent you have in your hands. In case of your failure to do so, you may be compelled by attachment.

Dated: _____          _____
               Clerk of the Court

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EDF INTERNATIONAL S.A.,

                         Petitioner,

          - against -                    Case No. _____

YPF S.A.,

                         Respondent.

**[PROPOSED] ORDER**

On consideration of the Motion of EDF International S.A. for an Order confirming the Award rendered by an Arbitral Tribunal (the "Tribunal") of the International Chamber of Commerce, dated October 22, 2007, as amended by amendments dated December 21, 2007 and February 14, 2008 respectively (collectively, the "Final Award") against Respondent YPF S.A., and of the opening brief and declaration filed in support thereof;

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that the Motion is GRANTED as follows:

1.      The Final Award of the Tribunal on Petitioner's behalf against Respondent YPF S.A. is hereby confirmed;

2.      The Clerk of the Court shall enter judgment in favor of Petitioner EDF International, S.A. and against YPF S.A. in the amount of 28,933,850.00, together with interest thereon at the LIBOR rate on $40,000,000 from July 10, 2002 until August 31, 2002, and at the LIBOR rate on the amount of $28,933,950 from September 2002 until date of payment in full.

3.      YPF S.A. shall pay to EDF International, S.A. all attorneys' fees and costs of this action.

4.    Upon entry of judgment in this action, the Clerk of the Court shall issue a Writ of Attachment, in substantially the form appended hereto as Exhibit A, attaching the stock of YPF Holdings, Inc., owned by YPF S.A.

_____
United States District Judge

2