IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDF INTERNATIONAL S.A., <br><br>                              Petitioner, <br><br> - against - <br><br> YPF S.A., <br><br>                              Respondent. | C.A. No. _____ |

**STATEMENT OF PETITIONER EDF INTERNATIONAL S.A.
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Petitioner EDF International S.A. hereby states that it is a wholly-owned subsidiary of Électricitié de France, S.A., a company traded publicly on the Euronext Exchange in Paris.

Of Counsel:

John M. Townsend
Charles D. Reed
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 721-4600

Dated: March 25, 2008

_____
Gregory V. Varallo (#2242)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Varallo@rlf.com
Fineman@rlf.com
(302) 651-7700
Attorneys for Petitioner EDF International S.A.