IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDF INTERNATIONAL S.A., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 08-167-JJF |
| v. | ) | |
| | ) | |
| YPF S.A. | ) | |
| | ) | |
| Respondent. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Respondent's time to move, answer or otherwise respond to the Petition (D.I. 1) and Respondent's time to respond to the Motion for Confirmation of Arbitral Award (D.I. 2) shall be extended to and including July 18, 2008.

RICHARDS, LAYTON & FINGER, P.A.          POTTER ANDERSON & CORROON LLP

By: */s/ Steven J. Fineman*
    Gregory V. Varallo (#2242)
    Steven J. Fineman (#4025)
    One Rodney Square
    Wilmington, DE 19899
    Tel: (302) 651-7700
    varallo@rlf.com
    fineman@rlf.com

*Attorneys for Petitioner*

By: */s / David E. Moore*
    Peter J. Walsh, Jr. (#2437)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    P. O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    pwalsh@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Respondent*

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.

871270/33088