IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDF INTERNATIONAL S.A., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 08-167-JJF |
| v. | ) | |
| | ) | |
| YPF S.A. | ) | |
| | ) | |
| Respondent. | ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Respondent's time to move, answer or otherwise respond to the Petition (D.I. 1) and Respondent's time to respond to the Motion for Confirmation of Arbitral Award (D.I. 2) shall be extended to and including July 18, 2008.

RICHARDS, LAYTON & FINGER, P.A.            POTTER ANDERSON & CORROON LLP

By: /s/ Steven J. Fineman                              By: /s / David E. Moore
Gregory V. Varallo (#2242)                             Peter J. Walsh, Jr. (#2437)
Steven J. Fineman (#4025)                              David E. Moore (#3983)
One Rodney Square                                      1313 N. Market Street
Wilmington, DE 19899                                   Hercules Plaza, 6th Floor
Tel: (302) 651-7700                                    P. O. Box 951
varallo@rlf.com                                        Wilmington, DE 19899
fineman@rlf.com                                        Tel: (302) 984-6000
                                                       pwalsh@potteranderson.com
*Attorneys for Petitioner*                             dmoore@potteranderson.com

                                                       *Attorneys for Respondent*

SO ORDERED, this __26__ day of __June__, 2008.

_____
U.S.D.J.

871270/33088