IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDF INTERNATIONAL S.A., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 08-167-JJF |
| v. | ) | |
| | ) | |
| YPF S.A., | ) | |
| | ) | |
| Respondent. | | |

## MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD

Respondent YPF S.A. ("YPF") respectfully moves this Court for an Order dismissing petitioner EDF International S.A.'s ("EDFI") petition to confirm the arbitration award (D.I. 1). The grounds for this motion are set forth in YPF's Combined Opening Brief In Support Of Its Motion To Dismiss Petition To Confirm Arbitration Award And Answering Brief In Opposition To Petition To Confirm Arbitration Award, filed contemporaneously herewith.

Respectfully,

OF COUNSEL:

Jonathan I. Blackman
Matthew D. Slater
Jordana E. Lambert
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

Dated: July 16, 2008

POTTER ANDERSON & CORROON LLP

By: _____
Peter J. Walsh, Jr. (#2437)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
pwalsh@potteranderson.com
dmoore@potteranderson.com

*Counsel for Respondent YPF S.A.*

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on July 16, 2008, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Gregory J. Varallo, Esquire
> Steven J. Fineman , Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

*/s/ Peter J. Walsh, Jr.*
Peter J. Walsh, Jr. (DSBA No. 2437)