**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EDF INTERNATIONAL S.A., | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 08-167-JJF |
| | ) |
| v. | ) |
| | ) |
| YPF S.A. | ) |
| Respondent. | ) |

**STATEMENT OF RESPONDENT YPF S.A. PURSUANT TO FED. R. CIV. P 7.1**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Respondent YPF S.A.

("YPF") hereby states that Repsol YPF, a Spanish public corporation owns approximately 84%

of YPF's capital stock and Petersen Energia, S.A., a Spanish privately held company, owns

approximately 15% of YPF's capital stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan I. Blackman
Matthew D. Slater
Jordana E. Lambert
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

Dated: July 16, 2008

By: _____
Peter J. Walsh, Jr. (#2487)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
pwalsh@potteranderson.com
dmoore@potteranderson.com

*Counsel for Respondent YPF S.A.*

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on July 16, 2008, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Gregory J. Varallo, Esquire
> Steven J. Fineman , Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

_____
Peter J. Walsh, Jr. (DSBA No. 2437)

874353