## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EDF INTERNATIONAL S.A.,                )
                                       )
                    Petitioner,        )
                                       )    C.A. No.  08-167-JJF
        v.                             )
                                       )
YPF S.A.                               )
                    Respondent.        )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jonathan I. Blackman and Jordana E. Lambert of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza,  New York, NY 10006 and Matthew D. Slater of Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, NW, Washington, DC 20006 to represent Respondent YPF S.A. in this matter.

POTTER ANDERSON & CORROON LLP


By:  /s/ Peter J. Walsh Jr.
     Peter J. Walsh, Jr.(#2437)
     David E. Moore (#3983)
     1313 N. Market Street
     Hercules Plaza, 6th Floor
     P. O. Box 951
     Wilmington, DE  19899
     Tel:  (302) 984-6000
     pwalsh@potteranderson.com
     dmoore@potteranderson.com

Dated:  July 18, 2008
874689 / 33088                         *Counsel for Respondent YPF S.A.*


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

       In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 18, 2008       Signed:     */s/ Jonathan I. Blackman*
                              Jonathan I. Blackman
                              Cleary Gottlieb Steen & Hamilton LLP
                              One Liberty Plaza
                              New York, NY 10006
                              Tel: (212) 225-2000
                              jblackman@cgsh.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: July 18, 2008          Signed:          /s/ Jordana E. Lambert
                                              Jordana E. Lambert
                                              Cleary Gottlieb Steen & Hamilton LLP
                                              One Liberty Plaza
                                              New York, NY 10006
                                              Tel: (212) 225-2000
                                              jlambert@cgsh.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 18, 2008        Signed:      /s/ *Matthew D. Slater*
                              Matthew D. Slater
                              Cleary Gottlieb Steen & Hamilton LLP
                              2000 Pennsylvania Avenue, NW
                              Washington, DC 20006
                              Tel: (202) 974-1500
                              mslater@cgsh.com

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on July 18 2008, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Gregory J. Varallo, Esquire
> Steven J. Fineman , Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

/s/ *Peter J. Walsh, Jr.*
Peter J. Walsh, Jr. (DSBA No. 2437)