IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDF INTERNATIONAL S.A., ) | |
| ) | |
| Petitioner, ) | |
| ) | C.A. No. 08-167-JJF |
| v. ) | |
| ) | |
| YPF S.A. ) | |
| ) | |
| Respondent. ) | |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Petitioner's time to file and serve an answering brief in response to the Respondent's motion to dismiss (D.I. 9), and a reply brief in support of Petitioner's motion for confirmation of arbitral award (D.I. 2) shall be extended to and including August 29, 2008.

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that Respondent's time to file and serve a reply brief in support of its motion to dismiss (D.I. 9) shall be extended to and including September 23, 2008.

| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Steven J. Fineman | By: /s/ David E. Moore |
| Gregory V. Varallo (#2242) | Peter J. Walsh, Jr. (#2437) |
| Steven J. Fineman (#4025) | David E. Moore (#3983) |
| One Rodney Square | 1313 N. Market Street |
| Wilmington, DE 19899 | Hercules Plaza, 6th Floor |
| Tel: (302) 651-7700 | Wilmington, DE 19899 |
| varallo@rlf.com | Tel: (302) 984-6000 |
| fineman@rlf.com | pwalsh@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Petitioner* | |
| | *Attorneys for Respondent* |

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.

875501/33088