IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDF INTERNATIONAL S.A., | ) | |
| Petitioner, | ) ) ) | C.A. No. 08-167-JJF |
| v. | ) ) | |
| YPF S.A. | ) ) | |
| Respondent. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Petitioner's time to file and serve an answering brief in response to the Respondent's motion to dismiss (D.I. 9), and a reply brief in support of Petitioner's motion for confirmation of arbitral award (D.I. 2) shall be extended to and including September 15, 2008.

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that Respondent's time to file and serve a reply brief in support of its motion to dismiss (D.I. 9) shall be extended to and including October 17, 2008.

RICHARDS, LAYTON & FINGER, P.A.    POTTER ANDERSON & CORROON LLP

By: /s/ Steven J. Fineman
    Gregory V. Varallo (#2242)
    Steven J. Fineman (#4025)
    One Rodney Square
    Wilmington, DE 19899
    Tel: (302) 651-7700
    varallo@rlf.com
    fineman@rlf.com

*Attorneys for Petitioner*

By: /s/ David E. Moore
    Peter J. Walsh, Jr. (#2437)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19899
    Tel: (302) 984-6000
    pwalsh@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Respondent*

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.