IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDF INTERNATIONAL S.A., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 08-167-JJF |
| | ) |
| YPF S.A. | ) |
| | ) |
| Respondent. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John M. Townsend of Hughes, Hubbard & Reed LLP, 1775 I Street, N.W., Suite 600, Washington, DC 20006 to represent Petitioner EDF International S.A. in this matter.

/s/ _____
Gregory V. Varallo (#2242)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Varallo@rlf.com
Fineman@rlf.com
(302) 651-7700

Dated: August 28, 2008       Attorneys for Petitioner EDF International S.A.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3304952-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

                                                          /s/ John M. Townsend
                                                          John M. Townsend
                                                          Hughes Hubbard & Reed LLP
                                                          1775 I Street, N.W., Suite 600
                                                          Washington, DC 20006

Dated: August 26, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>   Peter J. Walsh, Jr., Esquire
>   David Ellis Moore, Esquire
>   Potter Anderson & Corroon, LLP
>   1313 North Market Street
>   Hercules Plaza, 6th Floor
>   P.O. Box 951
>   Wilmington, DE 19899-0951

>   /s/ Steven J. Fineman
>   Steven J. Fineman (#4025)
>   Richards, Layton & Finger, P.A.
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, Delaware 19899
>   (302) 651-7700
>   fineman@rlf.com