
Potter
Anderson
& Corroon LLP

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

September 18, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:    *EDF International S.A. v. YPF S.A.*; C.A. No. 08-167-JJF

Dear Judge Farnan:

    Briefing is now complete on Petitioner EDF International S.A.'s Motion for Confirmation of Arbitral Award and Entry of Judgment and Issuance of a Writ of Attachment (D.I. 2). Briefing on Respondent YPF S.A.'s Motion to Dismiss (D.I. 9) will be completed on October 17, 2008. Pursuant to Local Rule 7.1.4, subject to and without waiver of the service-related arguments raised in support of YPF's Motion to Dismiss, and in an effort to preserve its right to request oral argument on EDFI's Motion for Confirmation (D.I. 2), YPF respectfully requests oral argument on all motions pending after the close of briefing on its Motion to Dismiss (D.I. 9).

                                                  Respectfully,

                                                  /s/ *David E. Moore*

                                                  David E. Moore

DEM:nmt
883052/33088

cc:    Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)