IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDF INTERNATIONAL S.A.,          :
                                 :
        Petitioner,              :
                                 :
   v.                            : Civil Action No. 08-167-JJF
                                 :
YPF S.A.,                        :
                                 :
        Respondent.              :

**O R D E R**

At Wilmington, this 20 day of November 2008, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner EDF International S.A.'s Motion For Confirmation Of Arbitral Award And Entry of Judgment And Issuance of A Writ Of Attachment (D.I. 2) is **DENIED**.

2. Respondent YPF S.A.'s Motion to Dismiss Petition To Confirm Arbitration Award (D.I. 9) is **GRANTED**.

November 20, 2008
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE